IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                :Bankruptcy No. 22-11225

       Debtor                                    :Chapter 11

**ORDER**

AND NOW, this __21st__ day of _____June_____ 2022, upon consideration of the Application to Employ Diana M. Dixon, Esquire seeking the entry of an Order authorizing the employment of Diana M. Dixon, Esquire, it is hereby:

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Debtor is authorized to employ Diana M. Dixon, Esquire as Counsel for the Debtor in the above-captioned case retroactive to the date of the filing of the bankruptcy.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge