UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| WAYNE R. TROTMAN | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 22-11225 (MDC) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of creditor, Victoria Watts Trotman, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

**Allen I. Gorski, Esquire**
**Gorski & Knowlton, PC**
**311 Whitehorse Avenue, Suite A**
**Hamilton, NJ 08610**
**Email: Agorski@gorskiknowlton.com**
**Tel: (609) 964-4000**
**Fax: (609) 528-0721**

DATED this 13th day of July, 2022.

    Gorski & Knowlton, PC
    Attorneys for Creditor, Victoria Watts Trotman

    /s/ Allen I. Gorski
    _____
    Allen I. Gorski