# Wells Fargo Everyday Checking

August 31, 2023 ■ Page 1 of 7



WAYNE R TROTMAN
DEBTOR IN POSSESSION
CH11 CASE #22-11225 (EPA)
17 BELLINGHAMSHIRE PL
NEW HOPE PA 18938-5657

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $74,056.42 |
| Deposits/Additions | 15,068.34 |
| Withdrawals/Subtractions | - 20,351.82 |
| **Ending balance on 8/31** | **$68,772.94** |

Account number: ●●●●●32657

**WAYNE R TROTMAN**
**DEBTOR IN POSSESSION**
**CH11 CASE #22-11225 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

(345)



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | The Training AS Payables 080123 I53803 Wayne Trotman | 513.27 | | |
| 8/1 | | Purchase authorized on 07/31 New York Bagel & D Ewing Townshi NJ S303212651618658 Card 0165 | | 10.37 | |
| 8/1 | | Purchase authorized on 08/01 Lukoil 69240 New Hope P000000484598665 Card 0165 | | 74.00 | |
| 8/1 | | Cash eWithdrawal in Branch/Store 08/01/2023 07:32 Am 336 W Bridge St New Hope PA 0165 | | 1,400.00 | |
| 8/1 | | Purchase authorized on 08/01 Cigar Cigars New Hope PA P583213601912452 Card 0165 | | 65.94 | 73,019.38 |
| 8/2 | | Purchase authorized on 08/01 Psa Monmouth Princetonsocc NJ S583213404687913 Card 0165 | | 506.47 | |
| 8/2 | | Purchase authorized on 08/01 Cafe 72 Trenton NJ S583213584327855 Card 0165 | | 28.46 | |
| 8/2 | | Purchase with Cash Back $ 40.00 authorized on 08/02 Weis Markets 22 Perkasie P000000172431842 Card 0165 | | 62.47 | 72,421.98 |
| 8/3 | 273 | Check | | 15.30 | |
| 8/3 | 275 | Check | | 115.72 | 72,290.96 |
| 8/4 | | Purchase authorized on 08/02 Earls New American New Hope PA S303214755856762 Card 0165 | | 70.00 | |
| 8/4 | | Purchase authorized on 08/04 Cigar Cigars New Hope PA P583216563863452 Card 0165 | | 90.90 | 72,130.06 |
| 8/7 | | Recurring Payment authorized on 08/03 Adobe Creative Clo 408-536-6000 CA S383215635197490 Card 0165 | | 58.29 | |
| 8/7 | | Purchase authorized on 08/04 New Hope Street P New Hope PA S383216561819404 Card 0165 | | 3.00 | |
| 8/7 | | Purchase authorized on 08/04 Amzn Mktp US*th2Ub Amzn.Com/Bill WA S463216821124066 Card 0165 | | 105.98 | |
| 8/7 | | Purchase authorized on 08/04 Earls New American New Hope PA S583217006643059 Card 0165 | | 56.68 | |
| 8/7 | | Purchase authorized on 08/05 Cafe 72 Trenton NJ S383217661285503 Card 0165 | | 28.03 | |
| 8/7 | | Purchase authorized on 08/06 Wawa 8052 Philadelphia PA S463218778628388 Card 0165 | | 20.39 | |
| 8/7 | | Purchase authorized on 08/07 McCaffrey's Market Langhorne PA P463219727171786 Card 0165 | | 44.75 | 71,812.94 |
| 8/8 | | Purchase authorized on 08/07 B & B Beverages LI Doylestown PA S463219549865862 Card 0165 | | 59.32 | |
| 8/8 | | Purchase authorized on 08/07 Cvs/Pharmacy #0604 New Hope PA S383219730212385 Card 0165 | | 23.54 | |
| 8/8 | | Purchase authorized on 08/07 Logan Square Clean New Hope PA S583219733702697 Card 0165 | | 86.55 | |
| 8/8 | | Recurring Payment authorized on 08/07 Squarespace Inc. Httpssquaresp NY S303219734293012 Card 0165 | | 12.72 | |
| 8/8 | | Purchase authorized on 08/08 USPS PO 41594800 325 W Br New Hope PA P303220536771223 Card 0165 | | 2.55 | 71,628.26 |
| 8/9 | | Purchase authorized on 08/07 Earls New American New Hope PA S463219707950840 Card 0165 | | 7.20 | 71,621.06 |
| 8/10 | | Purchase authorized on 08/09 Frescafe Food CO Lahaska PA S303221551585323 Card 0165 | | 19.85 | |
| 8/10 | | Purchase authorized on 08/09 Cigar Cigars New Hope PA S463221652358684 Card 0165 | | 12.59 | |
| 8/10 | | Purchase authorized on 08/10 Cigar Cigars Lahaska PA P303222546714680 Card 0165 | | 32.50 | |
| 8/10 | | ATT Payment 080923 541385002Epayt Wayne Trotman | | 339.08 | 71,217.04 |
| 8/11 | | Purchase authorized on 08/09 Amzn Mktp US*to59C Amzn.Com/Bill WA S303221729995561 Card 0165 | | 52.98 | |
| 8/11 | | Purchase authorized on 08/10 Frescafe Food CO Lahaska PA S383222538432404 Card 0165 | | 20.68 | |



WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/11 | | Purchase authorized on 08/11 Cigar Cigars New Hope PA P583223757304680 Card 0165 | | 25.17 | |
| 8/11 | | Purchase authorized on 08/11 Cigar Cigars Lahaska PA P303223861044721 Card 0165 | | 26.91 | 71,091.30 |
| 8/14 | | Recurring Payment authorized on 08/10 Apple.Com/Bill 866-712-7753 CA S583222637189852 Card 0165 | | 2.11 | |
| 8/14 | | Recurring Payment authorized on 08/10 Apple.Com/Bill 866-712-7753 CA S583222637194424 Card 0165 | | 2.99 | |
| 8/14 | | Purchase authorized on 08/11 Cafe 72 Trenton NJ S383236649560 Card 0165 | | 28.46 | |
| 8/14 | | Purchase authorized on 08/11 Lukoil 57324 West Trenton NJ S383223622570736 Card 0165 | | 71.54 | |
| 8/14 | | Purchase authorized on 08/11 Hg Wood Fired Pizz New Hope PA S463224008756763 Card 0165 | | 24.37 | |
| 8/14 | | Purchase authorized on 08/12 The Home Depot 976 Ewing NJ P463224653198129 Card 0165 | | 115.88 | |
| 8/14 | | Purchase authorized on 08/12 Cigar Cigars Lahaska PA P383224846092458 Card 0165 | | 15.99 | |
| 8/14 | | Purchase authorized on 08/12 Prime Video Channe Amzn.Com/Bill WA S383225062011730 Card 0165 | | 12.71 | |
| 8/14 | | Purchase authorized on 08/13 Dunkin #345499 Q35 Ewing NJ S583225446478118 Card 0165 | | 9.79 | |
| 8/14 | | Purchase authorized on 08/13 AL's Quick Mart Wilkes Barre P000000783013965 Card 0165 | | 83.43 | |
| 8/14 | 230 | Check | | 1.68 | 70,722.35 |
| 8/15 | | Purchase authorized on 08/14 B & B Beverages Ll Doylestown PA S463226519295465 Card 0165 | | 317.99 | |
| 8/15 | | Purchase authorized on 08/14 Commonwealthchemdr Commonwealthc PA S463226735676645 Card 0165 | | 360.40 | |
| 8/15 | | Purchase authorized on 08/14 Hg Wood Fired Pizz New Hope PA S303227014836952 Card 0165 | | 20.67 | 70,023.29 |
| 8/16 | | Purchase authorized on 08/14 Lowry Services Inc Harleysville PA S383226783477425 Card 0165 | | 589.00 | |
| 8/16 | | Purchase authorized on 08/16 Cigar Cigars Lahaska PA P583228582639813 Card 0165 | | 13.69 | 69,420.60 |
| 8/17 | | Purchase authorized on 08/15 Lowry Services Inc Harleysville PA S383227662338987 Card 0165 | | 2,560.00 | |
| 8/17 | | Purchase authorized on 08/16 Amazon Music*Tq1Ch 888-802-3080 WA S383229002289775 Card 0165 | | 9.53 | |
| 8/17 | | Rocket Mortgage Mtg Pymts 081623 3308930909 Wayne T. | | 6,055.26 | 60,795.81 |
| 8/18 | | Purchase authorized on 08/16 Amzn Mktp US*to6Xs Amzn.Com/Bill WA S583229200546160 Card 0165 | | 169.58 | |
| 8/18 | | Purchase authorized on 08/18 Giant 6106 6542 E Loga New Hope P000000581740373 Card 0165 | | 74.24 | |
| 8/18 | | Purchase authorized on 08/18 Lukoil 69240 New Hope P000000175582779 Card 0165 | | 74.00 | |
| 8/18 | | Santander Consumer 230818 0024149592 Wayne R Trotman | | 752.86 | 59,725.13 |
| 8/21 | | The Training AS Payables 082123 I53803 Wayne Trotman | 8,805.07 | | |
| 8/21 | | Recurring Payment authorized on 08/17 Google *Google Sto 855-836-3987 CA S303229687008425 Card 0165 | | 10.59 | |
| 8/21 | | Recurring Payment authorized on 08/18 Apple.Com/Bill 866-712-7753 CA S383230592817199 Card 0165 | | 3.70 | |
| 8/21 | | Purchase authorized on 08/18 Cafe 72 Trenton NJ S383230618197835 Card 0165 | | 27.23 | |
| 8/21 | | Purchase authorized on 08/18 Whitetail Disposal 610-7540103 PA S303230641132728 Card 0165 | | 123.00 | |
| 8/21 | | Purchase authorized on 08/18 Uscustoms Trustedt 317-715-6776 IN S383230693628927 Card 0165 | | 50.00 | |
| 8/21 | | Purchase authorized on 08/18 The UPS Store 4933 215-8623600 PA S383230729016429 Card 0165 | | 12.98 | |
| 8/21 | | Purchase authorized on 08/18 Longhorn Stk Ec 01 215-918-2500 PA S583231013439064 Card 0165 | | 43.00 | |



WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/21 | | Purchase authorized on 08/19 Cafe 72 Trenton NJ S303231613168026 Card 0165 | | 59.17 | |
| 8/21 | | Purchase authorized on 08/19 Earls New American New Hope PA S463231804995008 Card 0165 | | 46.00 | |
| 8/21 | | Purchase authorized on 08/20 Pennington Mark Pennington P000000572132555 Card 0165 | | 91.58 | |
| 8/21 | | Purchase authorized on 08/20 Wawa 185 New Hope PA S303232542609322 Card 0165 | | 7.41 | |
| 8/21 | | Recurring Payment authorized on 08/20 Zoom.US CA 888-799-96 WWW.Zoom.US CA S383232679079900 Card 0165 | | 16.95 | |
| 8/21 | | Purchase authorized on 08/20 Shoprite Pennington S1 Pennington NJ P463232711831991 Card 0165 | | 35.05 | |
| 8/21 | | Purchase authorized on 08/20 Amazon Prime*Tq5x6 Amzn.Com/Bill WA S583232841681666 Card 0165 | | 15.89 | |
| 8/21 | | Purchase authorized on 08/21 New Look Unisex Ewing P000000680920350 Card 0165 | | 41.00 | |
| 8/21 | 232 | Deposited OR Cashed Check | | 267.12 | 67,679.53 |
| 8/22 | | Purchase authorized on 08/20 Tst* Mizuki Asian Pennington NJ S463232824086251 Card 0165 | | 76.10 | |
| 8/22 | | Purchase authorized on 08/21 Cafe 72 Trenton NJ S303233674512908 Card 0165 | | 28.31 | 67,575.12 |
| 8/23 | | Purchase authorized on 08/23 Lukoil 69269 Doylestown P000000083313476 Card 0165 | | 74.00 | |
| 8/23 | 231 | Check | | 500.00 | 67,001.12 |
| 8/24 | | Purchase authorized on 08/23 Amazon Prime*Tq3Et Amzn.Com/Bill WA S303235518910310 Card 0165 | | 147.34 | |
| 8/24 | | Purchase authorized on 08/23 Parkmobile-10 770-818-9036 GA S383235601568225 Card 0165 | | 2.40 | |
| 8/24 | | Purchase authorized on 08/23 New Hope Street P New Hope PA S383235765067320 Card 0165 | | 3.45 | |
| 8/24 | | Purchase authorized on 08/23 Cigar Cigars New Hope PA S463235806061547 Card 0165 | | 12.59 | 66,835.34 |
| 8/25 | | Purchase authorized on 08/23 Iron Hill Brewery: Philadelphia PA S463235650754614 Card 0165 | | 99.00 | |
| 8/25 | | Purchase Bank Check OR Draft | | 3,010.00 | 63,726.34 |
| 8/28 | | Purchase authorized on 08/24 Earls New American New Hope PA S383237002384329 Card 0165 | | 48.00 | |
| 8/28 | | Purchase authorized on 08/25 Ncsa 877-845-6272 IL S583237533603932 Card 0165 | | 10.00 | |
| 8/28 | | Purchase authorized on 08/25 Frescafe Food CO Lahaska PA S383237686491076 Card 0165 | | 25.14 | |
| 8/28 | | Purchase authorized on 08/25 Staples 0010 Doylestown PA S583237727337857 Card 0165 | | 54.60 | |
| 8/28 | | Purchase authorized on 08/25 B & B Beverages Ll Doylestown PA S303237754655039 Card 0165 | | 29.66 | |
| 8/28 | | Purchase authorized on 08/26 Cafe 72 Trenton NJ S583238533112391 Card 0165 | | 27.23 | |
| 8/28 | | Purchase authorized on 08/26 Sq *Paradise Jamai Morrisville PA S303238768139936 Card 0165 | | 44.41 | |
| 8/28 | | Purchase authorized on 08/26 Garden Farm Windso Morrisville PA S583238785627112 Card 0165 | | 50.57 | |
| 8/28 | | Purchase authorized on 08/27 Jps Diner LLC Quakertown PA S583239605095817 Card 0165 | | 25.00 | |
| 8/28 | | Purchase authorized on 08/27 B & B Beverages Ll Doylestown PA S303239626643452 Card 0165 | | 30.19 | |
| 8/28 | | Purchase authorized on 08/27 Prime Video Channe Amzn.Com/Bill WA S303239855214975 Card 0165 | | 6.35 | 63,375.19 |
| 8/29 | | Purchase authorized on 08/29 Cigar Cigars Lahaska PA P383241679642816 Card 0165 | | 31.70 | 63,343.49 |
| 8/30 | | The Training AS Payables 083023 I53803 Wayne Trotman | 5,750.00 | | |
| 8/30 | | Purchase authorized on 08/28 Earls New American New Hope PA S583240687981150 Card 0165 | | 46.00 | |

Case 22-11225-mdc    Doc 44-1    Filed 09/15/23    Entered 09/15/23 15:19:42    Desc
Bank Statement    Page 5 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 8/30 | | Purchase authorized on 08/29 B & B Beverages Ll Doylestown PA S303241736065872 Card 0165 | | 42.47 | |
| 8/30 | | Purchase authorized on 08/30 Cigar Cigars New Hope PA P383242757972924 Card 0165 | | 14.83 | 68,990.19 |
| 8/31 | | Purchase authorized on 08/29 New Hope-Solebury New Hope PA S303241571603730 Card 0165 | | 164.40 | |
| 8/31 | | Purchase authorized on 08/29 Casa Toro Doylestown PA S383241725036365 Card 0165 | | 21.00 | |
| 8/31 | | Purchase authorized on 08/30 Cvs/Pharmacy #0604 New Hope PA S383242619278445 Card 0165 | | 3.54 | |
| 8/31 | | Purchase authorized on 08/30 Cafe 72 Trenton NJ S583242664448743 Card 0165 | | 28.31 | 68,772.94 |
| **Ending balance on 8/31** | | | | | 68,772.94 |
| **Totals** | | | **$15,068.34** | **$20,351.82** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 230 | 8/14 | 1.68 | 232 | 8/21 | 267.12 | 275 * | 8/3 | 115.72 |
| 231 | 8/23 | 500.00 | 273 * | 8/3 | 15.30 | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2023 - 08/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| · Minimum daily balance | | |
| · Total amount of qualifying electronic deposits | $500.00 | $59,725.13 ✓ |
| · Age of primary account owner | $500.00 | $15,068.34 ✓ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 17 - 24 | ☐ |
| RC/RC | 1 | 0 ☐ |

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Case 22-11225-mdc    Doc 44-1    Filed 09/15/23    Entered 09/15/23 15:19:42    Desc
Bank Statement    Page 6 of 7



**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may
be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** | $ | |

➤  + $ _____

**C** **Add A and B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** | $ | |

➤  - $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801

