## Check Details

**WAYNE R TROTMAN**
**DEBTOR IN POSSESSION**
17 BELLINGHAMSHIRE PL
NEW HOPE, PA 18938-5657

275

Date: 23 July 23

Pay to the Order of: Q&G Ins. Co.

$ 115.72

One hundred fifteen & 72/100 Dollars

Wells Fargo Bank N.A.
Pennsylvania
wellsfargo.com

For: _____

Check Details

6963 05291
230
WAYNE R TROTMAN
DEBTOR IN POSSESSION
17 BELLINGHAMSHIRE PL
NEW HOPE, PA 18938-5657

Date 31 July 23

Pay to the Order of U.S. Department of State   $1.65

Owl and Coffee   Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Pennsylvania
wellsfargo.com

For Passport Renewal

AUTHORIZED ON 03/20 1ST: Mizuki Asian Pennington NJ
2208025  GARC 0165



Check Details

2321

WAYNE R TROTMAN
DEBTOR IN POSSESSION
17 BELLINGHAMSHIRE PL
NEW HOPE, PA 18938-5657

Date: 15 Aug 23

Pay to the Order of: Amberg

$267.

Two hundred sixty seven Dollars

Wells Fargo Bank, N.A.
Pennsylvania
wellsfargo.com

WELLS FARGO

For: _____

AUTHORIZED 01/08/20 1ST~ Mizuki Asian Pennington NJ

## Check Details

**WAYNE R TROTMAN**
**DEBTOR IN POSSESSION**
17 BELLINGHAMSHIRE PL
NEW HOPE, PA 18938-5657

273

Date: 2/30/23

Pay to the Order of: OCC Ins. Co.            $15.30

Three & 30/100                               Dollars

Wells Fargo Bank, N.A.
Pennsylvania
wellsfargo.com

For: _____

AUTHORIZED IN 08/20 TST* Mizuki Asian Pennington NJ