IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                                :Bankruptcy No. 22-11225

           Debtor                                                    :Chapter 11

## ORDER GRANTING MOTION TO SET CLAIMS BAR DATE, SETTING BAR DATE AND APPROVING NOTICE

      **AND NOW,** this  11th  day of  December , 2023, upon consideration of the Debtor's motion for an order setting a claims bar date (the "Motion"), it is

      **ORDERED** that the Motion is approved; and it is further

      **ORDERED** that the form of the Notice attached to the Motion as Exhibit A is approved; and it is further

      **ORDERED** that  January 10th, 2004 , is hereby set as the bar date for any creditors and governmental units to file a proof of claim pursuant to Bankruptcy Rule 3003(c).

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge