IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                                             :Bankruptcy No. 22-11225

                            Debtor                                              :Chapter 11

AMENDED ORDER GRANTING MOTION TO SET CLAIMS BAR DATE, SETTING BAR DATE AND APPROVING NOTICE

   AND NOW, this 11th day of December 2023, upon consideration of the Debtor's motion for an order setting a claims bar date (the "Motion"), it is

   ORDERED that the Motion is approved; and it is further

   ORDERED that the form of the Notice attached to the Motion as Exhibit A is approved; and it is further

   ORDERED that January 10th, 2024 is hereby set as the bar date for any creditors and governmental units to file a proof of claim pursuant to Bankruptcy Rule 3003(c).

                                                        BY THE COURT:

                                                        _____
                                                        Magdeline D. Coleman
                                                        Chief U.S. Bankruptcy Judge