United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-mdc |
| Wayne R. Trotman | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| 14697598 | + | Charles Schwab Bank, SSB, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690515 | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14690356 | + | Mercer County - Probation Division, Child Support Enforcement, PO Box 8068, Trenton, NJ 08650-0068 |
| 14690358 | + | Patenaude & Felix, A. P. C., ATTN: Gregg L. Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14690363 | + | Victoria L. Watts-Trotman, 35 Willis Drive, Trenton, NJ 08628-2019 |
| 14705592 | + | Victoria Watts Trotman, c/o Allen I. Gorski, Esquire, Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 14690364 | + | Victoria Watts Trotman, 35 Willis Drive, PO Box 8068, Trenton, NJ 08650-0068 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14753359 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 12 2023 00:25:00 | Charles Schwab Bank, SSB, c/o Rocket Mortgage, LLC f/k/a, Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14697422 | ^ | MEBN | Dec 12 2023 00:20:45 | Charles Schwab Bank, SSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2023 00:25:00 | IRS, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2023 00:31:24 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14690351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2023 00:31:25 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14690354 | ^ | MEBN | Dec 12 2023 00:20:44 | KML Law Group, P.C., ATTN: Bankruptcy Department, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691649 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:31:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:31:21 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14690357 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:25:00 | PA Dept of Revenue, ATTN: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14690853 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 22-11225-mdc    Doc 52    Filed 12/13/23    Entered 12/14/23 00:35:16    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14690359 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 12 2023 00:25:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14692235 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 12 2023 00:25:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14690360 | + | Email/Text: DeftBkr@santander.us | Dec 12 2023 00:25:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 14698127 | + | Email/Text: DeftBkr@santander.us | Dec 12 2023 00:25:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, P.A. 19602-1011 |
| 14690361 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 12 2023 00:25:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14690362 | | Email/Text: bankruptcy@td.com | Dec 12 2023 00:25:00 | TD Bank, Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690353 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Charles Schwab Bank SSB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 26 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Charles Schwab Bank SSB mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Wayne R. Trotman :Bankruptcy No. 22-11225

        Debtor :Chapter 11

### ORDER GRANTING MOTION TO SET CLAIMS BAR DATE, SETTING BAR DATE AND APPROVING NOTICE

     **AND NOW,** this __11th__ day of __December__, 2023, upon consideration of the Debtor's motion for an order setting a claims bar date (the "Motion"), it is

     **ORDERED** that the Motion is approved; and it is further

     **ORDERED** that the form of the Notice attached to the Motion as Exhibit A is approved; and it is further

     **ORDERED** that __January 10th, 2004__, is hereby set as the bar date for any creditors and governmental units to file a proof of claim pursuant to Bankruptcy Rule 3003(c).

                              BY THE COURT:

                              _____
                              Magdeline D. Coleman
                              Chief U.S. Bankruptcy Judge