United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11225-mdc

Wayne R. Trotman     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 13, 2023     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| 14697598 | + | Charles Schwab Bank, SSB, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690515 | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14690356 | + | Mercer County - Probation Division, Child Support Enforcement, PO Box 8068, Trenton, NJ 08650-0068 |
| 14690358 | + | Patenaude & Felix, A. P. C., ATTN: Gregg L. Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14690363 | + | Victoria L. Watts-Trotman, 35 Willis Drive, Trenton, NJ 08628-2019 |
| 14705592 | + | Victoria Watts Trotman, c/o Allen I. Gorski, Esquire, Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 14690364 | + | Victoria Watts Trotman, 35 Willis Drive, PO Box 8068, Trenton, NJ 08650-0068 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14753359 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 23:56:00 | Charles Schwab Bank, SSB, c/o Rocket Mortgage, LLC f/k/a, Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14697422 | ^ | MEBN | Dec 13 2023 23:54:48 | Charles Schwab Bank, SSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 23:56:00 | IRS, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2023 00:05:41 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14690351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2023 00:05:46 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14690354 | ^ | MEBN | Dec 13 2023 23:54:45 | KML Law Group, P.C., ATTN: Bankruptcy Department, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691649 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2023 00:05:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2023 00:05:41 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14690357 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | PA Dept of Revenue, ATTN: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14690853 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14690359 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 13 2023 23:56:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14692235 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 23:56:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14690360 | + | Email/Text: DeftBkr@santander.us | Dec 13 2023 23:56:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 14698127 | + | Email/Text: DeftBkr@santander.us | Dec 13 2023 23:56:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, P.A. 19602-1011 |
| 14690361 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2023 23:56:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14690362 | | Email/Text: bankruptcy@td.com | Dec 13 2023 23:56:00 | TD Bank, Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690353 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

**Name**                **Email Address**

ALLEN I. GORSKI
                        on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com

BRIAN CRAIG NICHOLAS
                        on behalf of Creditor Charles Schwab Bank  SSB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DIANA M. DIXON
                        on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

KEVIN P. CALLAHAN
                        on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MARK A. CRONIN
                        on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 26

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Charles Schwab Bank  SSB mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman :Bankruptcy No. 22-11225

Debtor :Chapter 11

AMENDED ORDER GRANTING MOTION TO SET CLAIMS BAR DATE, SETTING BAR DATE AND APPROVING NOTICE

AND NOW, this 11th day of December 2023, upon consideration of the Debtor's motion for an order setting a claims bar date (the "Motion"), it is

ORDERED that the Motion is approved; and it is further

ORDERED that the form of the Notice attached to the Motion as Exhibit A is approved; and it is further

ORDERED that January 10th, 2024 is hereby set as the bar date for any creditors and governmental units to file a proof of claim pursuant to Bankruptcy Rule 3003(c).

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge