IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Wayne R. Trotman                                              :Bankruptcy No. 22-11225

          Debtor                                                          :Chapter 11

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Application to Employ Realtor on or before May 2, 2024 which is more than twenty-one (21) days from when the Application was served.

                                                                S/Diana M. Dixon, Esq.
                                                                Diana M. Dixon, Esq.