**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                     :Bankruptcy No. 22-11225

             Debtor                         :Chapter 11

## <u>ORDER GRANTING APPLICATION FOR APPOINTMENT<br>AS A REAL ESTATE BROKER/AGENT</u>

**AND NOW**, this   7th   day of   May   , 2024 and no

opposition being raised, it is hereby ORDERED that JAY SPAZIANO REAL

ESTATE and Broker/Agent Jay Spaziano, be appointed as real estate

Broker/Agent to sell the real estate of the Debtor located at 17

Bellinghamshire Place, New Hope, PA  18938 at an initial listing price of

$1,775,000.00 pursuant to the Listing Agreement between the Debtor and the

Applicant, a copy of which was attached to the Application for Appointment of

Broker/Agent. The commission to be received is five percent (5) of the selling

price.

_Patricia M. Mayer_
_____
**Patricia M. Mayer
U.S. BANKRUPTCY JUDGE**