United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-pmm |
| Wayne R. Trotman | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:**

**Name**  **Email Address**

ALLEN I. GORSKI
    on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DENISE ELIZABETH CARLON
    on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

DIANA M. DIXON
    on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee
    on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 07, 2024 Form ID: pdf900 Total Noticed: 2

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Charles Schwab Bank  SSB mfarrington@kmllawgroup.com

RYAN A. GOWER
    on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman :Bankruptcy No. 22-11225

Debtor :Chapter 11

### ORDER GRANTING APPLICATION FOR APPOINTMENT
### AS A REAL ESTATE BROKER/AGENT

**AND NOW**, this 7th day of May, 2024 and no opposition being raised, it is hereby ORDERED that JAY SPAZIANO REAL ESTATE and Broker/Agent Jay Spaziano, be appointed as real estate Broker/Agent to sell the real estate of the Debtor located at 17 Bellinghamshire Place, New Hope, PA  18938 at an initial listing price of $1,775,000.00 pursuant to the Listing Agreement between the Debtor and the Applicant, a copy of which was attached to the Application for Appointment of Broker/Agent. The commission to be received is five percent (5) of the selling price.

_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**