IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman :Bankruptcy No. 22-11225

      Debtor :Chapter 11

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

      The Debtor, Wayne R. Trotman, has filed a Motion for Approval of the Disclosure Statement and for Fixing of Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization (the "Motion") with the Court requesting that this Honorable Court approve the proposed Disclosure Statement, with simultaneous approval of the voting procedures, together with the fixing of the last day for the acceptance or rejection of the Plan of Reorganization and the filing of objections to said Plan and fixing a date for a hearing on the confirmation of the proposed Plan, pursuant to Federal Rules of Bankruptcy Procedure 3017 and 3018 and Local Rule 3017-1

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)**

**1.**    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your view on the Motion, then on or before **August 6, 2024** you or your attorney must do **all** of the following:

    **a)**    file an answer explaining your position at U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 - 4299. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above:

    **b)**    mail a copy to Movants attorney:
        **Diana M. Dixon, Esquire**
        **PO Box 8333**
        **Wayne, PA  19087**
        **Ph:    215-534-1258**
        **Fax:   215-348-9879**

**2.**     If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

**3.     A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on August 7, 2024, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA  19107-4299.**

**4.**     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

**5.**     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE:   July 8, 2024**

                                                 **S/ Diana M. Dixon**
                                                  **Diana M. Dixon**
                                                  **107 N. Broad Street**
                                                  **Doylestown, PA  18901**


                                                  **PO Box 8333**
                                                  **Wayne, PA 19087**

                                                  *Counsel for the Debtor*