IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Wayne R. Trotman                                              :Bankruptcy No. 22-11225

                    Debtor                                                             :Chapter 11

## CERTIFICATION OF SERVICE

      Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **July 9, 2024** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Debtor's Disclosure Statement, Plan, Motion to Approve Disclosure Statement and Notice, Response Deadline and Hearing Date plus Exhibits to all creditors on the Matrix, Clerk's Service List and to all Parties that have entered an appearance along with the following.

      The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

Office of the US Trustee
Nix Federal Building
ATTN: Dave Adams, Esq.
900 Market Street
Suite 320
Philadelphia, PA  19107
Dave.p.adams@usdoj.gov

Wayne R. Trotman
17 Bellinghamshire Place
New Hope, PA  18938
wrtrotman5@gmail.com

        S/Diana M. Dixon, Esquire
         Diana M. Dixon, Esquire
         107 N. Broad Street, Suite 307
         Doylestown, PA  18901