**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                :Bankruptcy No. 22-11225

       Debtor                                 :Chapter 11

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, Esquire, do hereby certify that, on August 5, 2024, I caused a true and correct copy of the Motion for Approval of Disclosure Statement, Voting Materials and Voting Procedures, Debtor's Disclosure Statement Submitted Pursuant to 11 U.S.C. Section 1125 and Debtor's Chapter 11 Plan of Reorganization, Proposed Order and Notice, Response Deadline and Hearing Date in the above matter to be served, pursuant to Local Rule 3017-1(c), electronically through the Court's ECF system upon the parties registered to receive electronic filings in this case and by first-class mail, postage prepaid, upon all other creditors on the Matrix, parties in interest and on the Clerks Service List .

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                    S/ Diana M. Dixon, Esq.

                    Diana M. Dixon, Esq.

                    107 N. Broad St. Suite 307

                    Doylestown, PA  18901

                    215-534-1258