**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                                     :Bankruptcy No. 22-11225

   Debtor                                                         :Chapter 11

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Approve First Amended Disclosure Statement on or before September 5, 2024 which is more than twenty-eight (28) days from when the Motion was served.

                                                          S/Diana M. Dixon, Esq.
                                                          Diana M. Dixon, Esq.