IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman                                :Bankruptcy No. 22-11225

       Debtor                                                       :Chapter 11

## ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, VOTING MATERIALS, VOTING PROCEDURE AND NOTICE

      The First Amended Disclosure Statement and the First Amended Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, and a request for approval of plan voting procedures having been made to the Court; and

      It having been determined after Hearing and Notice that the First Amended Disclosure Statement contains adequate information in accordance with the requirements of Section 1125 of Title 11 of the United States Code ("Bankruptcy Code"), and that the proposed voting materials and procedure comply with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

      It is **ORDERED,** and Notice is hereby given, on this __11th__ day of __September__, 2024, that:

      1. The First Amended Disclosure Statement filed by the Debtor is hereby **APPROVED**;

      2. The proposed voting procedures and the proposed voting materials, consisting of a ballot are hereby approved;

      3. On or before __September 13__, 2024, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders and other parties in interest copies of the following: the First Amended Disclosure Statement, the First Amended Plan, this Order, a Ballot and a self-addressed envelope by which the Ballot may be returned to the Debtor's Counsel;

      4. __October 16__, 2024, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the First Amended Plan. Ballots should be returned to:

Diana M. Dixon, Esq.
PO Box 8333
Wayne, PA  19087

So as to be received on or before 5:00 pm on _____October 16,_____, 2024. The Debtor may not receive completed ballots by facsimile or electronic transmission. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders;

      5. In accordance with Bankruptcy Rule 3020(b)(1), __October 16_____, 2024 is fixed as the date on or before which any written objection to confirmation of the First Amended Plan is required to have been filed with the Court and served upon counsel for the Debtor at the address set forth above;

      6. The Debtor shall file his Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before _____October 21_____, 2024; and

      7. The hearing on confirmation of the Debtor's First Amended Plan shall be held in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, Pennsylvania on _____October 23_____, 2024 at __9__ : __30__ __a__ m.

**BY THE COURT**:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

**Date: September 11, 2024**