United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Wayne R. Trotman  
    Debtor

Case No. 22-11225-pmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 11, 2024      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| 14697598 | + | Charles Schwab Bank, SSB, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690515 | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14690356 | + | Mercer County - Probation Division, Child Support Enforcement, PO Box 8068, Trenton, NJ 08650-0068 |
| 14848654 | + | T.D. Bank, c/o Ryan A. Gower, PA Bar No. 312980, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14879980 | + | TD Bank, N.A., c/o Edward Joseph McKee, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14690363 | + | Victoria L. Watts-Trotman, 35 Willis Drive, Trenton, NJ 08628-2019 |
| 14705592 | + | Victoria Watts Trotman, c/o Allen I. Gorski, Esquire, Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 14690364 | + | Victoria Watts Trotman, 35 Willis Drive, PO Box 8068, Trenton, NJ 08650-0068 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 12 2024 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14753359 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2024 00:12:00 | Charles Schwab Bank, SSB, c/o Rocket Mortgage, LLC f/k/a, Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14697422 | ^ | MEBN | Sep 12 2024 00:07:56 | Charles Schwab Bank, SSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 00:12:00 | IRS, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 00:19:48 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14690351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 00:19:50 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14690354 | ^ | MEBN | Sep 12 2024 00:07:55 | KML Law Group, P.C., ATTN: Bankruptcy Department, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691649 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 00:18:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 00:20:00 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14690357 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 00:12:00 | PA Dept of Revenue, ATTN: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

Case 22-11225-pmm   Doc 104   Filed 09/13/24   Entered 09/14/24 00:35:59   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14690358 | ^ | MEBN | Sep 12 2024 00:08:10 | Patenaude & Felix, A. P. C., ATTN: Gregg L. Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14690853 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14690359 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 12 2024 00:12:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14692235 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2024 00:12:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14690360 | + | Email/Text: DeftBkr@santander.us | Sep 12 2024 00:12:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 14698127 | + | Email/Text: DeftBkr@santander.us | Sep 12 2024 00:12:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, P.A. 19602-1011 |
| 14690361 | | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2024 00:12:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14690362 | | Email/Text: bankruptcy@td.com | Sep 12 2024 00:12:00 | TD Bank, Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |
| 14845272 | | Email/Text: bankruptcy@td.com | Sep 12 2024 00:12:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690353 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 30 |

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com

DIANA M. DIXON
    on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee
    on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman :Bankruptcy No. 22-11225

Debtor :Chapter 11

## ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT, VOTING MATERIALS, VOTING PROCEDURE AND NOTICE

The First Amended Disclosure Statement and the First Amended Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, and a request for approval of plan voting procedures having been made to the Court; and

It having been determined after Hearing and Notice that the First Amended Disclosure Statement contains adequate information in accordance with the requirements of Section 1125 of Title 11 of the United States Code ("Bankruptcy Code"), and that the proposed voting materials and procedure comply with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is **ORDERED,** and Notice is hereby given, on this  11th  day of September , 2024, that:

1. The First Amended Disclosure Statement filed by the Debtor is hereby **APPROVED**;

2. The proposed voting procedures and the proposed voting materials, consisting of a ballot are hereby approved;

3. On or before  September 13,  , 2024, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders and other parties in interest copies of the following: the First Amended Disclosure Statement, the First Amended Plan, this Order, a Ballot and a self-addressed envelope by which the Ballot may be returned to the Debtor's Counsel;

4.  October 16 , 2024, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the First Amended Plan. Ballots should be returned to:

Diana M. Dixon, Esq.
PO Box 8333
Wayne, PA  19087

So as to be received on or before 5:00 pm on _____October 16,_____, 2024. The Debtor may not receive completed ballots by facsimile or electronic transmission. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders;

     5. In accordance with Bankruptcy Rule 3020(b)(1), \_\_October 16\_\_\_\_, 2024 is fixed as the date on or before which any written objection to confirmation of the First Amended Plan is required to have been filed with the Court and served upon counsel for the Debtor at the address set forth above;

     6. The Debtor shall file his Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before \_\_\_October 21\_\_\_\_\_, 2024; and

     7. The hearing on confirmation of the Debtor's First Amended Plan shall be held in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, Pennsylvania on \_\_\_\_October 23_____, 2024 at \_9\_:30\_ \_a\_ m.

BY THE COURT:

*Patricia M. Mayer*

**Date: September 11, 2024**    _____
Honorable Patricia M. Mayer
United States Bankruptcy Judge