**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                                :Bankruptcy No. 22-11225

        Debtor                                                        :Chapter 11

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, Esquire, do hereby certify that, on September 13, 2024, I caused a true and correct copy of the Order Approving First Amended Disclosure Statement, Voting Materials, Voting Procedure and Notice, First Amended Disclosure Statement, First Amended Plan, Addendum to First Amended Plan and Ballot electronically through the Court's ECF system upon Kevin P. Callahan, US Trustee and by first-class mail, postage prepaid, upon all other creditors on the Matrix, parties in interest and on the Clerks Service List .

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                S/ Diana M. Dixon, Esq.

                                                Diana M. Dixon, Esq.

                                                107 N. Broad St. Suite 307

                                                Doylestown, PA  18901

                                                215-534-1258