## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Wayne R. Trotman** <br>                    **Debtor(s)** | **CHAPTER 13** |
| **Charles Schwab Bank, SSB** <br>                    **Movant** | |
|               **vs.** | **NO.** 22-11225 PMM |
| **Wayne R. Trotman** <br>                    **Respondent(s)** | |
|               **Trustee** | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Charles Schwab Bank, SSB, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                                                        _____
                                                                                                                    Bankruptcy Judge