# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Wayne R. Trotman**  **Debtor(s)** | CHAPTER 13  BK. NO. 22-11225 PMM |
| **Charles Schwab Bank, SSB**  **Movant**  **vs.**  **Wayne R. Trotman**  **Respondent(s)** | |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 26, 2024**.

Diana M. Dixon (via ECF)
Dixon Law Offices
PO Box 8333, Suite 307
Wayne, PA 19087

Wayne R. Trotman
17 Bellinghamshire Place
New Hope, PA 18938

United States Trustee (via ECF)
Office of United States Trustee
Robert N.C. Nix Federal Bldg.
900 Market Street, Suite 320
Philadelphia, PA 19107

Date: September 26, 2024

                                          By:  /s/ Denise Carlon_____
                                               Denise Carlon, Esquire
                                               Attorney I.D. 317226
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106
                                               (215) 627–1322
                                               dcarlon@kmllawgroup.com
                                               Attorney for Movant/Applicant