**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:   Wayne R. Trotman                                :Bankruptcy No. 22-11225

        Debtor                                                       :Chapter 11

### CERTIFICATION OF SERVICE

I, Diana M. Dixon, Esquire, do hereby certify that, on November 17, 2024, I caused a true and correct copy of the Motion to Sell Real Property, Notice of Motion, Proposed Order and Exhibits A,B,C and D in the above matter to be served, pursuant to Local Rule 3017-1(c), electronically through the Court's ECF system upon the parties registered to receive electronic filings in this case and by first-class mail, postage prepaid, upon all other creditors on the Matrix, parties in interest and on the Clerks Service List .

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                                                             <u>S/Diana M. Dixon, Esq.</u>
                                                                                     Diana M. Dixon, Esq.
                                                                                     107 N. Broad Street
                                                                                     Suite 307
                                                                                     Doylestown, PA 18901