**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Wayne R. Trotman                                    :Bankruptcy No. 22-11225

　　　　Debtor                                              :Chapter 11

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　　　The Debtor, Wayne R. Trotman, has filed a Motion To Modify Plan Before Confirmation (the "Motion") seeking Court approval of said Motion.

　　　　**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (if you do not have an attorney, you may wish to consult an attorney.)**

1.　　If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your view on the Motion, then on or before **December 11, 2024** you or your attorney must do **all** of the following:

　　**a)**　　file an answer explaining your position at U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 - 4299.  If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above:

　　**b)**　　mail a copy to Movants attorney:
　　　　**Diana M. Dixon, Esquire
　　　　PO Box 8333
　　　　Wayne, PA  19087
　　　　Ph:    215-534-1258
　　　　Fax:   215-348-9879**

2.　　If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3.　　**A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on January 8, 2025, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400,**

**Philadelphia, PA 19107-4299.**

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE:   November 20, 2024**

**S/ Diana M. Dixon**
**Diana M. Dixon**
**107 N. Broad Street**
**Doylestown, PA  18901**

**Mailing Address:**
**PO Box 8333**
**Wayne, PA 19087**

*Counsel for the Debtor*
