**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re**:  Wayne R. Trotman | :Bankruptcy No. 22-11225 |
| Debtor | :Chapter 11 |

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, Esquire, do hereby certify that, on November 20, 2024, I caused a true and correct copy of the Motion to Modify Plan Before Confirmation in the above matter to be served, pursuant to Local Rule 3017-1(c), electronically through the Court's ECF system upon the parties registered to receive electronic filings in this case and by first-class mail, postage prepaid, upon all other creditors on the Matrix, parties in interest and on the Clerks Service List .

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.
107 N. Broad Street
Suite 307
Doylestown, PA 18901