#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| **Wayne R. Trotman,** | : | |
| | : | Case No.  22-11225 (PMM) |
| | : | |
| **Debtor.** | : | |

# O R D E R

**AND NOW**, whereas the above-captioned debtor (the "Debtor") has elected to proceed with this case under Chapter 11 of Title 11 of the United States Code;

AND the First Amended Disclosure Statement filed by the Debtor having been approved;

AND the Debtor having filed a Motion to Modify the Plan pre-confirmation with a hearing scheduled for January 8, 2025;

AND the Debtor's proposed Second Amended Plan of reorganization having been filed on November 20, 2024 (doc. #119),

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. Service of Plan Documents. **On or before Friday, November 29, 2024**, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders and other parties in interest copies of the following:  the Second Amended Plan, this Order, a Ballot and a self-addressed envelope by which the Ballot may be returned to the Debtor's Counsel.

2. <u>Voting on the Plan</u>. **Friday, December 27 2024**, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Second Amended Plan. Ballots should be returned to:

   **DIANA M. DIXON, ESQ.**
   **PO Box 8333**
   **Wayne, PA 19087**

   So as to be received on or before 5:00 pm on **Friday, December 27, 2024**. The Debtor may not receive completed ballots by facsimile or electronic transmission. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders. **To the extent that a creditor has previously voted in favor of the First Amended Chapter 11 Plan, said creditor is not required to submit a new ballot unless the creditor is changing its vote based on the Second Amended Plan.**

3. <u>Objections to Plan</u>. In accordance with Bankruptcy Rule 3020(b)(1), **Friday, December 27, 2024**, is fixed as the date on or before which any written objection to confirmation of the Second Amended Plan is required to have been filed with the Court and served upon counsel for the Debtor at the address set forth above.

4. <u>Report of Plan Voting</u>. The Debtor shall file his Report of Plan Voting with the Clerk of the United States Bankruptcy Court **on or before Monday, January 06, 2025**.

5. <u>Confirmation Hearing</u>. The hearing on confirmation of the Debtor's Second Amended Plan shall be held in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market Street, Philadelphia, PA 19107 on **Wednesday, January 08, 2025, at 9:30 a.m.**

**Date:  November 21, 2024**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**