United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 22-11225-pmm

Wayne R. Trotman      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Nov 21, 2024      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| 14697598 | + | Charles Schwab Bank, SSB, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753359 | + | Charles Schwab Bank, SSB, c/o Rocket Mortgage, LLC f/k/a, Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14690515 | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14690356 | + | Mercer County - Probation Division, Child Support Enforcement, PO Box 8068, Trenton, NJ 08650-0068 |
| 14690359 | + | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14848654 | + | T.D. Bank, c/o Ryan A. Gower, PA Bar No. 312980, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14879980 | + | TD Bank, N.A., c/o Edward Joseph McKee, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14690363 | + | Victoria L. Watts-Trotman, 35 Willis Drive, Trenton, NJ 08628-2019 |
| 14705592 | + | Victoria Watts Trotman, c/o Allen I. Gorski, Esquire, Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 14690364 | + | Victoria Watts Trotman, 35 Willis Drive, PO Box 8068, Trenton, NJ 08650-0068 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14697422 | ^ | MEBN | Nov 22 2024 00:07:53 | Charles Schwab Bank, SSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2024 00:13:00 | IRS, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2024 00:16:04 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14690351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2024 00:16:10 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14690354 | ^ | MEBN | Nov 22 2024 00:07:55 | KML Law Group, P.C., ATTN: Bankruptcy Department, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691649 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:16:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:37 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14690357 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:14:00 | PA Dept of Revenue, ATTN: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14690358 | ^ | MEBN | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 30

| | | Nov 22 2024 00:08:13 | Patenaude & Felix, A. P. C., ATTN: Gregg L. Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
|---|---|---|---|
| 14690853 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14692235 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 22 2024 00:14:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14690360 | + Email/Text: DeftBkr@santander.us | Nov 22 2024 00:13:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 14698127 | + Email/Text: DeftBkr@santander.us | Nov 22 2024 00:13:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, P.A. 19602-1011 |
| 14690361 | Email/Text: enotifications@santanderconsumerusa.com | Nov 22 2024 00:14:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14690362 | Email/Text: bankruptcy@td.com | Nov 22 2024 00:14:00 | TD Bank, Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |
| 14845272 | Email/Text: bankruptcy@td.com | Nov 22 2024 00:14:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690353 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com

DIANA M. DIXON

on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee

on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER

on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Wayne R. Trotman,** | : | |
| | : | **Case No.  22-11225 (PMM)** |
| | : | |
| **Debtor.** | : | |

# O R D E R

    **AND NOW**, whereas the above-captioned debtor (the "Debtor") has elected to proceed with this case under Chapter 11 of Title 11 of the United States Code;

    AND the First Amended Disclosure Statement filed by the Debtor having been approved;

    AND the Debtor having filed a Motion to Modify the Plan pre-confirmation with a hearing scheduled for January 8, 2025;

    AND the Debtor's proposed Second Amended Plan of reorganization having been filed on November 20, 2024 (doc. #119),

    **IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. <u>Service of Plan Documents</u>. **On or before Friday, November 29, 2024**, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders and other parties in interest copies of the following:  the Second Amended Plan, this Order, a Ballot and a self-addressed envelope by which the Ballot may be returned to the Debtor's Counsel.

2. <u>Voting on the Plan</u>. **Friday, December 27 2024**, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Second Amended Plan. Ballots should be returned to:

> **DIANA M. DIXON, ESQ.**
> **PO Box 8333**
> **Wayne, PA 19087**

So as to be received on or before 5:00 pm on **Friday, December 27, 2024**. The Debtor may not receive completed ballots by facsimile or electronic transmission. Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders. **To the extent that a creditor has previously voted in favor of the First Amended Chapter 11 Plan, said creditor is not required to submit a new ballot unless the creditor is changing its vote based on the Second Amended Plan.**

3. <u>Objections to Plan</u>. In accordance with Bankruptcy Rule 3020(b)(1), **Friday, December 27, 2024**, is fixed as the date on or before which any written objection to confirmation of the Second Amended Plan is required to have been filed with the Court and served upon counsel for the Debtor at the address set forth above.

4. <u>Report of Plan Voting</u>. The Debtor shall file his Report of Plan Voting with the Clerk of the United States Bankruptcy Court **on or before Monday, January 06, 2025**.

5. <u>Confirmation Hearing</u>. The hearing on confirmation of the Debtor's Second Amended Plan shall be held in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 1, 900 Market Street, Philadelphia, PA 19107 on **Wednesday, January 08, 2025, at 9:30 a.m.**

**Date:  November 21, 2024**

_Patricia M. Mayer_

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**