**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman              :Bankruptcy No. 22-11225

       Debtor                                      :Chapter 11

## CERTIFICATION OF SERVICE

I, Diana M. Dixon, Esquire, do hereby certify that, on or before November 25, 2024, I caused a true and correct copy of the Second Amended Plan, the signed Order, Ballot and stamped, self- addressed envelope to all creditors, equity security holders, parties who have entered an appearance, clerk's service list and the US Trustee in the above matter to be served by first-class mail, postage prepaid.

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                  S/Diana M. Dixon, Esq.
                                                  Diana M. Dixon, Esq.
                                                  107 N. Broad Street
                                                  Suite 307
                                                  Doylestown, PA 18901