# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Wayne R. Trotman                                         :Bankruptcy No. 22-11225

       Debtor                                                              :Chapter 11

## **AMENDED ORDER**

     AND NOW, upon consideration of the Debtor's Motion to Sell Real Property Free and Clear of Liens, Interests and Encumbrances pursuant to Section 363 (hereinafter "Motion") it is hereby ORDERED that the Motion is GRANTED.

     IT IS FURTHER ORDERED, pursuant to 11 U.S.C. 363(b), that the Debtor is authorized to sell the Debtor's real property known as 17 Bellinghamshire Place, New Hope, PA  18938 for the sum of $1,500,000.00, pursuant to the terms of the Agreement of Sale attached to the Motion.

     All valid, perfected, allowed secured claims and or liens shall attach to the proceeds of the sale and will be paid in full at the time of closing along with all real estate taxes and such other items as determined necessary to pass insurable title and all ordinary and reasonable settlement costs, including but not limited to notary services, deed preparation, disbursements, express shipping or any other such routine matters.

     If any funds remain after payment of all valid, perfected, allowed secured claims and or liens along with any real estate taxes and ordinary and reasonable settlement costs, and before any exemption that the Debtor may have, said proceeds shall be paid to Class 6 Priority Claimant, Victoria Watts Trotman, but not to exceed $25,000.00. If the Class 6 Claimant receives any distribution from the sale, Class 6 Claimant will reduce Proof of Claim amount accordingly.

     Any funds to be distributed to professionals shall only be distributed at closing if the Court has approved fee applications prior to the closing, and otherwise shall be escrowed until fee applications related to the award of those professional fees are approved by the Court.

                                    BY THE COURT

**Date:**                                                                 _____
                                                   **Patricia M. Mayer**
                                                   **U.S. BANKRUPTCY JUDGE**