IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                                           :Bankruptcy No. 22-11225

        Debtor                                                          :Chapter 11

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Realtor's Commission (hereinafter "Motion") it is hereby ORDERED that the Motion is GRANRED.

IT IS FURTHER ORDERED that a 5% commission is authorized to be paid to Jay Spaziano Real Estate and Broker/Agent Jay Spaziano at settlement for the sale of real estate located at 17 Bellinghamshire Place, New Hope, PA  18938. The selling price of said real estate is $1,500,000.00 and the commission is $75,000.00.

BY THE COURT

*Patricia M. Mayer*

Date:

**December 10, 2024**

        **Patricia M. Mayer**
        **U.S. BANKRUPTCY JUDGE**