**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re**:  Wayne R. Trotman | :Bankruptcy No. 22-11225 |
| Debtor | :Chapter 11 |

# PRAECIPE TO WITHDRAW LIMITED OBJECTION

**TO THE CLERK**:

Kindly withdraw Docket Entry # 127 – Limited Objection to Sell Property Under Section 363(b) and Rule 3004.

/s/Allen I. Gorski, Esq.
**Allen I. Gorski, Esq.**