IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                                :Bankruptcy No. 22-11225

       Debtor                                                :Chapter 11

**CERTIFICATION OF WITHDRAWAL OF OBJECTION**

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Sell Real Estate except for the Limited Objection filed by Class 6 Creditor Victoria Watts Trotman which was withdrawn on December 10, 2024. This Certification is being filed more than twenty-one (21) days from when the Motion was served.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.