United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-pmm |
| Wayne R. Trotman | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 11 2024 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 5 |

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DENISE ELIZABETH CARLON
    on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

DIANA M. DIXON
    on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee
    on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman                                :Bankruptcy No. 22-11225

  Debtor                                               :Chapter 11

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Approve Realtor's Commission (hereinafter "Motion") it is hereby ORDERED that the Motion is GRANRED.

IT IS FURTHER ORDERED that a 5% commission is authorized to be paid to Jay Spaziano Real Estate and Broker/Agent Jay Spaziano at settlement for the sale of real estate located at 17 Bellinghamshire Place, New Hope, PA  18938. The selling price of said real estate is $1,500,000.00 and the commission is $75,000.00.

BY THE COURT

*Patricia M. Mayer*

Date:
  **December 10, 2024**           _____
                                   Patricia M. Mayer
                                   U.S. BANKRUPTCY JUDGE