United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11225-pmm

Wayne R. Trotman     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 10, 2024     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 11 2024 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 5 |

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DENISE ELIZABETH CARLON
    on behalf of Creditor Charles Schwab Bank SSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com

DIANA M. DIXON
    on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee
    on behalf of Creditor TD Bank N.A. emckee@duanemorris.com, jalowe@duanemorris.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                                    :Bankruptcy No. 22-11225

        Debtor                                                    :Chapter 11

## **ORDER**

      AND NOW, upon consideration of the Debtor's Motion to Sell Real Property Free and Clear of Liens, Interests and Encumbrances pursuant to Section 363 (hereinafter "Motion") it is hereby ORDERED that the Motion is GRANTED.

      IT IS FURTHER ORDERED, pursuant to 11 U.S.C. 363(b), that the Debtor is authorized to sell the Debtor's real property known as 17 Bellinghamshire Place, New Hope, PA  18938 for the sum of $1,500,000.00, pursuant to the terms of the Agreement of Sale attached to the Motion.

      All valid, perfected, allowed secured claims and or liens shall attach to the proceeds of the sale and will be paid in full at the time of closing along with all real estate taxes except for PA Realty Transfer Tax .Also to be paid at time of closing,  other items as determined necessary to pass insurable title and all ordinary and reasonable settlement costs, including but not limited to notary services, deed preparation, disbursements, express shipping or any other such routine matters.

      Under 11 U.S. Code Section 1146, Special Tax Provisions, the sale will only take place after confirmation of the Debtor's Second Amended Plan pursuant to U.S. Code Section 1129. The exemption from payment of the PA Realty Transfer Tax will be subject to compliance with 61 PA. Code Section 91.193 (b)(2)(i).

      If any funds remain after payment of all valid, perfected, allowed secured claims and or liens along with any real estate taxes and ordinary and reasonable settlement costs, and before any exemption that the Debtor may have, said proceeds shall be paid to Class 6 Priority Claimant, Victoria Watts Trotman, but not to exceed $25,000.00. If the Class 6 Claimant receives any distribution from the sale, Class 6 Claimant will reduce Proof of Claim amount accordingly.

Any funds to be distributed to professionals shall only be distributed at closing if the Court has approved fee applications prior to the closing, and otherwise shall be escrowed until fee applications related to the award of those professional fees are approved by the Court.

Date: **December 10, 2024**

BY THE COURT

*Patricia M. Mayer*

**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**