**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**:  Wayne R. Trotman                                    :Bankruptcy No. 22-11225

        Debtor                                    :Chapter 11

**CERTIFICATION OF NO RESPONSE**

    **Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Modify Plan Before Confirmation on or before January 5, 2025 which is more than twenty-one (21) days from when the Motion was served.

                                                                                           S/Diana M. Dixon, Esq.
                                                                                        Diana M. Dixon, Esq.