IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman                                :Bankruptcy No. 22-11225

Debtor                                                 :Chapter 11

## ORDER PURSUANT TO 11 USC SECTION 1127(a) TO APPROVE THE MOTION OF THE DEBTOR TO MODIFY THE PLAN BEFORE CONFIRMATION AND TO CONSIDER ALL PREVIOUSLY SUBMITTED BALLOTS AS ACCEPTING THE SECOND AMENDED PLAN

THIS MATER having been brought before this Court upon the Debtor's Motion for the entry of an Order pursuant to 11 U.S.C. Section 1127(a) in filing a Second Amended Plan, considering the initial ballots as accepting the Second Amended Plan and for good cause shown, it is ORDERED as follows:

1. The Motion is GRANTED

2. The Plan to be considered for confirmation is the Second Amended Plan of Reorganization filed on November 20, 2024.

3. The current ballots as set forth on the Report of Plan Voting filed by the Debtor are deemed as accepting the Second Amended Plan to the extent counted in the original Report of Plan Voting filed on October 21, 2024.

BY THE COURT

Date: **January 7, 2025**

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**