United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-pmm |
| Wayne R. Trotman | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com |
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 07, 2025 | Form ID: pdf900 | Total Noticed: 1

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wayne R. Trotman                :Bankruptcy No. 22-11225

Debtor                                  :Chapter 11

### ORDER PURSUANT TO 11 USC SECTION 1127(a) TO APPROVE THE MOTION OF THE DEBTOR TO MODIFY THE PLAN BEFORE CONFIRMATION AND TO CONSIDER ALL PREVIOUSLY SUBMITTED BALLOTS AS ACCEPTING THE SECOND AMENDED PLAN

THIS MATER having been brought before this Court upon the Debtor's Motion for the entry of an Order pursuant to 11 U.S.C. Section 1127(a) in filing a Second Amended Plan, considering the initial ballots as accepting the Second Amended Plan and for good cause shown, it is ORDERED as follows:

1. The Motion is GRANTED

2. The Plan to be considered for confirmation is the Second Amended Plan of Reorganization filed on November 20, 2024.

3. The current ballots as set forth on the Report of Plan Voting filed by the Debtor are deemed as accepting the Second Amended Plan to the extent counted in the original Report of Plan Voting filed on October 21, 2024.

BY THE COURT

Date: **January 7, 2025**

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**