United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-pmm |
| Wayne R. Trotman | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |
| br | + | Jay Spaziano, 1113 General Washington Memorial Blvd., Washington Crossing, PA 18977-1320 |
| cr | + | Victoria Trotman, c/o Gorski & Knowlton, PC, Allen I. Gorski, Esquire, 311 Whitehorse Avenue, Suite A Hamilton, NJ 08610-1430 |
| 14697598 | + | Charles Schwab Bank, SSB, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753359 | + | Charles Schwab Bank, SSB, c/o Rocket Mortgage, LLC f/k/a, Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14690515 | + | KEVIN P. CALLAHAN, United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14690356 | + | Mercer County - Probation Division, Child Support Enforcement, PO Box 8068, Trenton, NJ 08650-0068 |
| 14690359 | + | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14848654 | + | T.D. Bank, c/o Ryan A. Gower, PA Bar No. 312980, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14879980 | + | TD Bank, N.A., c/o Edward Joseph McKee, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 14690363 | + | Victoria L. Watts-Trotman, 35 Willis Drive, Trenton, NJ 08628-2019 |
| 14705592 | + | Victoria Watts Trotman, c/o Allen I. Gorski, Esquire, Gorski & Knowlton, PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| 14690364 | + | Victoria Watts Trotman, 35 Willis Drive, PO Box 8068, Trenton, NJ 08650-0068 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 09 2025 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14697422 | ^ | MEBN | Jan 09 2025 00:11:13 | Charles Schwab Bank, SSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2025 00:16:00 | IRS, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2025 00:21:41 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14690351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2025 00:21:52 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14690354 | ^ | MEBN | Jan 09 2025 00:11:12 | KML Law Group, P.C., ATTN: Bankruptcy Department, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14691649 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2025 00:21:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690355 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2025 00:21:32 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14690357 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2025 00:16:00 | PA Dept of Revenue, ATTN: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14690358 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 09 2025 00:11:31 | Patenaude & Felix, A. P. C., ATTN: Gregg L. Morris, Esq., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 14690853 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14692235 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2025 00:16:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14690360 | + | Email/Text: DeftBkr@santander.us | Jan 09 2025 00:16:00 | Santander, PO Box 841002, Boston, MA 02284-1002 |
| 14698127 | + | Email/Text: DeftBkr@santander.us | Jan 09 2025 00:16:00 | Santander Bank, N.A., 450 Penn St, MC: PA-450-FB1, Reading, P.A. 19602-1011 |
| 14690361 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2025 00:16:00 | Santander Consumer USA, ATTN: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 14690362 | | Email/Text: bankruptcy@td.com | Jan 09 2025 00:16:00 | TD Bank, Loan Operations, 32 Chestnut Street, Lewiston, ME 04240 |
| 14845272 | | Email/Text: bankruptcy@td.com | Jan 09 2025 00:16:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14690353 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 30 |

on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com

DIANA M. DIXON
    on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com

Edward Joseph McKee
    on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**:  Wayne R. Trotman                            :Bankruptcy No. 22-11225

                    Debtor                                              :Chapter 11

ORDER CONFIRMING DEBTOR'S
CHAPTER 11 PLAN OF REORGANIZATION

AND NOW, this  8th  day of  January , 2025, this matter having come before the Court upon the Debtor's Motion for Confirmation of the Second Amended Plan of Reorganization (the "Plan"), and the Court having considered the Plan, the Disclosure Statement, the record of the Confirmation Hearing, and all other relevant documents and arguments presented, and there having been no objection to the Plan

IT IS HEREBY FOUND AND DETERMINED:

1. The Bankruptcy Court has jurisdiction over the Chapter 11 Case pursuant to 28 U.S.C. Sections 157(a)-(b) and 1334. Confirmation of the Plan is a core proceeding pursuant to 28 U.S.C. Section 157(b), and the Bankruptcy Court has the power to enter a final order under the U.S. Constitution determining that the Plan and the Plan Documents comply with the applicable provisions of the Bankruptcy Code and applicable law and should be confirmed. Venue is proper before the Bankruptcy Court pursuant to 28 U.S.C. Section 1408.

2. The Debtor is and continues to be qualified to be a Debtor in a Chapter 11 case under 28 U.S.C. Section 109(a).

3. The Bankruptcy Court takes judicial notice of the docket of the Chapter 11 case maintained by the clerk of the Bankruptcy Court of the Eastern District of Pennsylvania including all pleadings and other documents filed, all Orders entered and

all evidence and arguments made, proffered or adduced at the confirmation hearing held before the Bankruptcy Court

4. The Debtor's Plan of Reorganization is hereby CONFIRMED pursuant to Section 1129 of the United States Bankruptcy Code (hereinafter "Bankruptcy Code"). The Plan satisfies the requirements for Confirmation as set forth in section 1129 (a) of the Bankruptcy Code.

5. As evidenced by the Voting Report, each of the impaired Classes voted to accept the Plan.

6. The Plan has been proposed in good faith and not by any means forbidden by law.

7. The classification of claims as set forth in the Plan is proper under section 1122(a) of the Bankruptcy Code. Each Class of Claims contains only Claims that are substantially similar to the other Claims within each Class. The classification of Claims under the Plan is fair, reasonable and appropriate and was not done for any improper purpose.

8. All claims of creditors, as classified and treated in the Plan, shall be paid in accordance with the terms as set forth in the Plan.

9. The Debtor shall strictly comply with all provisions of the confirmed Plan, including the timely payment of all amounts due to creditors as per the Plan's schedule.

10. The Debtor shall file quarterly plan implementation reports and pay quarterly fees owed pursuant to 28 U.S.C. Section 1930 until the case is closed.

10. The Court shall retain jurisdiction to address any disputes that may arise during the implementation of the Plan

BY THE COURT

Date:   January 8, 2025

_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**