UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wayne R Trotman | Case No.: 22-11225 |
| | Adversary No.: ___-_____ |
| Debtor | Chapter: 11 |
| | Judge: Patricia M Mayer |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: PA-450-FB1
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 02/04/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Wayne R Trotman

Chapter #11  
Case No. 22-11225  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on February 4, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 4th day of February 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Wayne R Trotman  
17 Bellinghamshire Place  
New Hope, PA 18938

VIA ECF  
Dave P Adams  
U.S. Trustee  
Dave.p.adams@usdoj.gov

Diana M Dixon  
dianamdixonesq@gmail.com