IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                :Bankruptcy No. 22-11225

       Debtor                           :Chapter 11

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Application for Compensation for Diana M. Dixon on or before October 15, 2025 which is more than twenty-one (21) days from when the Motion was served.

                                                            S/Diana M. Dixon, Esq.
                                                            Diana M. Dixon, Esq.