IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman                :Bankruptcy No. 22-11225

        Debtor                      :Chapter 11

### ORDER

AND NOW, this __17th__ day of __October__, 2025, upon consideration of the First Application for Compensation and Reimbursement of Expenses for Diana M. Dixon, Esq. for the period of May 12, 2022 through March 23, 2025. (the "Application"), it is hereby,

ORDERED that the Application is APPROVED; and it is further

ORDERED that the Debtor is authorized to compensate Diana M. Dixon, Esquire in the amount of $18,900.00 for legal fees and $166.41 in reimbursement for postage

BY THE COURT:

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge