United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11225-pmm |
| Wayne R. Trotman | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wayne R. Trotman, 17 Bellinghamshire Place, New Hope, PA 18938-5657 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Creditor Victoria Trotman agorski@gorskiknowlton.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Charles Schwab Bank  SSB bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Wayne R. Trotman dianamdixonesq@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Edward Joseph McKee
    on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com,edward-mckee-2614@ecf.pacerpro.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

RYAN A. GOWER
    on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com

SAMANTHA LIEB
    on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wayne R. Trotman          :Bankruptcy No. 22-11225

      Debtor          :Chapter 11

### ORDER

AND NOW, this __17th__ day of __October__, 2025, upon consideration of the First Application for Compensation and Reimbursement of Expenses for Diana M. Dixon, Esq. for the period of May 12, 2022 through March 23, 2025. (the "Application"), it is hereby,

ORDERED that the Application is APPROVED; and it is further

ORDERED that the Debtor is authorized to compensate Diana M. Dixon, Esquire in the amount of $18,900.00 for legal fees and $166.41 in reimbursement for postage

BY THE COURT:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge