UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Wayne R Trotman                                    Case No.:  22-11225
                                                   Adversary No.: _____
                                                   Chapter:  13
            Debtor                                 Judge:  Patricia M Mayer

## CHANGE OF ADDRESS

**Creditor Name:**  Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/05/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Wayne R Trotman

Chapter #13  
Case No. 22-11225  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 5th day of December 2025.

*(signature)*  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
10 Commons Boulevard  
MC: PA-WYO-CP3  
Reading, PA 1960  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Wayne R. Trotman  
17 Bellinghamshire Place  
New Hope, PA 18938

VIA ECF  
*U.S. Trustee*  
United States Trustee  
Office of United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, PA 19107

Diana M Dixon  
dianamdixonesq@gmailcom