**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  22-11225-PMM** |
| **WAYNE R. TROTMAN** | ) | **CHAPTER 11** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  35 WILLIS DRIVE, EWING, NJ 08628 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*6772**

NOW COMES TD Bank, N.A., by and through its attorney Brock and Scott, PLLC,

pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and,

pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and

hearings; that it receive copies of all documents; and be added to the matrix to be served at the

addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

TD Bank, N.A.
852 Orleans Road
Charleston, South Carolina 29407

Please take notice that the undersigned hereby appears as counsel for TD Bank, N.A.

pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant

case noted above and should not be construed as unlimited representation of the Creditor with

26-13264 BKMFR01

 

respect to any and all matters, proceedings, or actions that may be taken in the instant case or any

associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

26-13264 BKMFR01